UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOANNA URBIN,

    Plaintiff,                                   No. 17-13414

v.                                          District Judge Paul D. Borman
                                                  Magistrate Judge R. Steven Whalen

FAURECIA USA HOLDINGS,
INC.,

    Defendant.
_____/

**ORDER**

For the reasons and under the terms stated on the record on September 11, 2018, Defendant's Motion to Compel and Independent Mental Examination of Plaintiff [doc. #17] is DENIED.

IT IS SO ORDERED.

Dated: September 11, 2018                     s/R. Steven Whalen
                                                            R. STEVEN WHALEN
                                                            UNITED STATES MAGISTRATE
                                                            JUDGE

---

**CERTIFICATE OF SERVICE**

       I hereby certify on September 11, 2018 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on September 11, 2018.

                                                                                s/Carolyn M. Ciesla
                                                                                Case Manager for the
                                                                                Honorable R. Steven Whalen